

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00368-CV

| | | |
|---|---|---|
| LATRENDA S. COLEMAN, Appellant | § | On Appeal from the 325th District Court |
| | § | of Tarrant County (325-694422-21) |
| V. | § | October 13, 2022 |
| IVAN DUANE COLEMAN, JR., Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's final divorce decree. It is ordered that the trial court's final divorce decree is affirmed in part and reversed in part. We affirm that portion of the trial court's final divorce decree regarding the dissolution of the marriage and the division of the property and debts. We reverse that portion of the trial court's final divorce decree regarding the SAPCR related to the child, and remand this case to the trial court for further proceedings on the requisite SAPCR.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
    Justice Brian Walker